The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.




John P. Gustafson
United States Bankruptcy Judge

Dated: February 23 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-40065-jpg |
| CALIFORNIA PALMS ADDICTION | ) | |
| RECOVERY CAMPUS, INC. | ) | Judge: John P. Gustafson |
| | ) | |
| Debtor, | ) | Chapter 11 (SubChapter V) |
| | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO RESET HEARING**

After review of Debtor's Motion to Reset the hearing set for February 24, 2022 on Pender's Motion for Relief from Stay, for good cause, the Motion is granted.

**IT IS THEREFORE ORDERED** that the Expedited Hearing on the Motion for Relief from Stay [Doc. #15], currently scheduled for February 24, 2022 at 2:00 p.m., is hereby continued to **March 2, 2022 at 2:00 p.m.,** Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

*This proceeding will be conducted by telephone conference line unless the parties are notified to the contrary by court staff and an amended hearing order is issued by the court. Parties must contact chambers staff at (419) 213-5631 to arrange for audio/ telephonic appearance no less than 24 hours prior to the scheduled hearing.*