UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                       )
                                             )   Case No. 22-40065 (jpg)
**California Palms Addiction**               )
**Recovery Campus, Inc.**                    )   Chapter 11
                                             )
              Debtor(s)                      )   Judge John P. Gustafson

**OFFICE OF THE UNITED STATES TRUSTEE
NORTHERN DISTRICT OF OHIO
Minutes of Section 341 Meeting**

Case Name  California Palms Addiction Recovery Campus, Inc.

Case No  22-40065                        Date Filed  January 30, 2022

Place  Held telephonically               Date Held  March 10. 2022

Present for U.S. Trustee  Lauren Schoenewald and Kate Bradley, Trial Attorneys
John Weaver, Bankruptcy Analyst

Debtor or Debtor's Representative  Sebastian Rucci, CEO/President

Debtor's Counsel              James A. Vitullo

Creditors Present  Allyson Cady for Pender Capital Asset Based Lending Fund I, LP

Others Present  Fred P. Schwieg, subchapter V trustee

A meeting of creditors pursuant to 11 U.S.C. §341 was held by the United States Trustee for the time and date stated above. Representative(s) of the debtor appeared, and an examination was conducted as to the history, nature and financial condition of the debtor.

This meeting was concluded:  yes _____  no ___X___  The meeting was adjourned to an undetermined dated to be scheduled as necessary.

                                                               Respectfully submitted,
                                                               Andrew R. Vara
                                                               United States Trustee, Regions 3 & 9

                                    By:  */s/ Lauren C. Schoenewald*
                                              Lauren C. Schoenewald (#0097694)
                                              Trial Attorney
                                              United States Department of Justice
                                              Office of the United States Trustee
                                              201 Superior Avenue East, Suite 441
                                              Cleveland, Ohio 44114
                                              Phone: (216) 522-7800 ext. 250
                                              Email: lauren.schoenewald@usdoj.gov