IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>California Palms Addiction Recovery Campus, Inc.<br><br>Debtor. | Case No. 22-40065 (JPG)<br><br>Chapter 11<br><br>Judge John P. Gustafson |

**SUPPLEMENT TO THE MOTION OF THE UNITED STATES TRUSTEE
TO CONVERT CHAPTER 11 CASE TO CHAPTER 7
PURSUANT TO 11 U.S.C. § 1112(b)**

Now comes Andrew R. Vara, the United States Trustee for Regions 3 & 9, by and through his undersigned counsel, and hereby submits the attached transcript of the 341 Meeting of Creditors conducted on March 10, 2022 in support of his *Motion of the United States Trustee to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)*.

                                    Respectfully submitted,

                                    **ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 AND 9**

By:    */s/ Kate M. Bradley*
        Kate M. Bradley (0074206)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        201 Superior Avenue East, Suite 441
        Cleveland, Ohio 44114
        Phone: (216) 522-7800
        Fax: (216) 522-7193
        Email: kate.m.bradley@usdoj.gov

        and

1

                                                */s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7800 ext. 250
Fax: (216) 522-7193
Email: lauren.schoenewald@usdoj.gov

# CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2022, a true and correct copy of the foregoing *Supplement to the Motion of the United States Trustee to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Allyson Cady   acady@beneschlaw.com
- Trevor G Covey   tcovey@beneschlaw.com, docket2@beneschlaw.com
- Frederic P. Schwieg   fschwieg@schwieglaw.com
- United States Trustee   (Registered address)@usdoj.gov
- Joshua Ryan Vaughan   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- James A. Vitullo   jamesavitullo@gmail.com
- Kate M. Bradley ust44   kate.m.bradley@usdoj.gov
- Lauren Schoenewald ust47   lauren.schoenewald@usdoj.gov

            By: */s/ Lauren C. Schoenewald*
               Lauren C. Schoenewald (0097694)
               Trial Attorney
               United States Department of Justice
               Office of the United States Trustee
               201 Superior Avenue East, Suite 441
               Cleveland, Ohio 44114
               Phone: (216) 522-7800 ext. 250
               Fax: (216) 522-7193
               Email: lauren.schoenewald@usdoj.gov