# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>California Palms Addiction Recovery Campus, Inc.<br>                                     Debtor. | Case No. 22-40065 (JPG)<br><br>Chapter 11<br><br>Judge John P. Gustafson |

### Declaration of John Weaver Informing the Court of the Debtor-in-Possession's Failure to Comply with the Court's Order

I, John Weaver, of full age, hereby declare under penalty of perjury, pursuant to 11 U.S.C. § 1746, as follows:

1.  I am a Bankruptcy Analyst/Auditor with the United States Department of Justice, Office of the United States Trustee ("United States Trustee"), Region 9, and have full knowledge of the facts herein. As a Bankruptcy Analyst/Auditor I am responsible for the financial analysis and related investigative work associated with bankruptcy cases under applicable law. This analysis and investigative work supports the litigation and civil enforcement efforts of the United States Trustee Program. Analytical and investigative assignments require a professional knowledge of accounting and financial analysis to perform work that is similar in scope and complexity to that performed by a public accounting firm.

2.  I have been employed with the United States Trustee for over 19 years as a Bankruptcy Analyst/ Auditor. I'm a licensed Certified Public Accountant in the State of Ohio and have been for over 20 years. Prior to my employment with the United States Trustee, I was a Financial Analyst with the Federal Bureau of Investigation.

3.  On March 30, 2022, I received documentation that establishes that Debtor has opened a debtor-in-possession bank account at KeyBank, N.A. (the "DIP Account"). The

documentation provides an accounting of the transactions in the DIP Account from the period of February 23, 2022 through March 25, 2022. The only activity in the DIP Account during that period were two deposits.

4. As of the date of this Declaration, I have not been provided with an accounting of any post-petition bank transactions, including deposits, withdrawals or other transfers, for the non-debtor third party entity's bank account in which the Debtor maintained its funds prior to opening the DIP Account.

5. Debtor has not filed the monthly operating reports for January 2022 and February 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2022.

/s/ John Weaver  
John Weaver  
Bankruptcy Analyst/Auditor  
United States Department of Justice  
Office of the United States Trustee