The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: March 31 2022**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-40065 |
| | ) | |
| **California Palms Addiction Recovery Campus, Inc.** | ) ) ) | Chapter 11 |
| | ) | JUDGE JOHN P. GUSTAFSON |
| Debtor(s). | ) | |

## ORDER FOR SHOW CAUSE HEARING

This case comes before the Court upon the filing of the "Declaration of John Weaver Informing the Court of the Debtor-in-Possession's Failure to Comply with the Court's Order" ("Declaration") [Doc. #80], filed by the United States Trustee.

A hearing was held on the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) [Doc. #35], on March 15, 2022. The Court ordered the Debtor in Possession ("DIP") to transfer funds and provide an accounting to the United States

Trustee by March 30, 2022 [Doc. #76], absent which the United States Trustee may file an affidavit informing the Court of same.

The Declaration of non-compliance having been filed, the Court is scheduling the matter for Show Cause Hearing as to why this Chapter 11 case, Case No. 22-40065, should not be converted to a proceeding under Chapter 7 based upon the Court's March 16, 2022 Order [Doc. #76], the UST's Motion to Convert [Doc. #35], and the Affidavit of John Weaver [Doc. #80].

**IT IS THEREFORE ORDERED** that a Telephonic Show Cause Hearing as to why this Chapter 11 case, Case No. 22-40065, should not be converted to a proceeding under Chapter 7 based upon the Court's March 16, 2022 Order [Doc. #76], the UST's Motion to Convert [Doc. #35], and the Affidavit of John Weaver [Doc. #80], is scheduled for **APRIL 5, 2022 at 10:00 a.m.**, Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

*This proceeding will be conducted by telephone conference line unless the parties are notified to the contrary by court staff and an amended hearing order is issued by the court. Parties must contact chambers staff at (419) 213-5631 to arrange for audio/telephonic appearance no less than 24 hours prior to the scheduled hearing.*

###