UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | Case No. 22-40065-JPG |
| ) | |
| California Palms Addiction Recovery ) | Judge John P. Gustafson |
| Campus, Inc. ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

## <u>NOTICE OF MOTION FOR TURNOVER</u>

Movant, Andrew W. Suhar, Chapter 7 Trustee in the above-captioned proceeding, has filed a Motion for Turnover.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **April 26, 2022**, you or your attorney must:

File with the Court a written response or request for hearing:

> Clerk of Court
> United States Bankruptcy Court
> 10 East Commerce Street
> Youngstown, Ohio 44503

If you mail your response or request to the Court for filing, you must mail it early enough so the Court will **receive** it before the date stated above.

You must also mail a copy of your response to:

Andrew W. Suhar, Chapter 7 Trustee, PO Box 1497, Youngstown, OH  44501

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

> /s/ Andrew W. Suhar
> ANDREW W. SUHAR, ESQ. Reg. No. 0058419
> Interim Chapter 7 Trustee
> 29 East Front Street, 2nd Floor
> P.O. Box 1497
> Youngstown, OH 44501-1497
> Telephone:  (330) 744-9007
> Facsimile:  (330) 744-5857
> E-mail: asuhar@suharlaw.co

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 12th day of April, 2022, a true and correct copy of the **Notice of Motion for Turnover** was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Office of the United States Trustee at (Registered address)@usdoj.gov

Allyson Cady on behalf of Interested Party Pender Capital Asset Based Lending Fund I, LPacady@beneschlaw.com

Trevor G Covey on behalf of Interested Party Pender Capital Asset Based Lending Fund I, LP tcovey@beneschlaw.com, docket2@beneschlaw.com

Sebastian Rucci on behalf of Interested Party Sebastian Rucci SebRucci@gmail.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Department of Taxation and Ohio Department of Jobs & Family Services and Ohio Bureau of Workers Compensation jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

**Via regular U.S. Mail, postage prepaid, to:**

California Palms Addiction Recovery Campus, Inc.
1051 N. Canfield-Niles Road
Austintown, OH  44515

Dean D. Gamin, Esq.
KeyBank
127 Public Square, 2nd Floor
Cleveland, OH  44114-1306

 /s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Interim Chapter 7 Trustee

2