The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: April 26 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>California Palms Addiction Recovery Campus, Inc.<br><br>Debtor. | Case No. 22-40065 (JPG)<br><br>Chapter 7<br><br>Judge John P. Gustafson |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE TO EXTEND DEADLINE TO FILE RESPONSE TO POST JUDGMENT MOTIONS**

Upon the Motion of the United States Trustee (the "Motion") for entry of an order extending the time to file a response to: (1) *Motion to Alter or Amend the Judgment of Conversion to Correct Clear Errors of Law and to Prevent Manifest Injustice* (Docket No. 101); (2) *Motion To Stay Bankruptcy Court Order [Doc #94] Pending Appeal (Filed Before Appeal pursuant to Fed. R. Bankr. P. 8007(a)(2))* (Docket No. 102); (3) *Motion for Relief from Judgment* (Docket No. 103); and (4) *Motion to Suspend Chapter 7 Proceedings Pending Resolution of Post-Judgment Motions* (Docket No. 112)(collectively, the "Post Judgment Motions"); the Court having jurisdiction to consider the Motion and the relief requested therein

pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having considered the papers submitted; and notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The United States Trustee's deadline to file a response to the Post Judgment Motions is extended through and including May 5, 2022.

# # # #

Prepared by:

*/s/ Kate M. Bradley*
Kate M. Bradley (0074206)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue E, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7800 ext. 255
Fax: (216) 522-7193
Email: kate.m.bradle@usdoj.gov

## Certificate of Service

        The Clerk hereby certifies that a copy of the foregoing Order was transmitted upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Trevor G Covey    tcovey@beneschlaw.com, docket2@beneschlaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- James A. Vitullo    jamesavitullo@gmail.com
- Kate M. Bradley ust44    kate.m.bradley@usdoj.gov
- Lauren Schoenewald ust47    lauren.schoenewald@usdoj.gov
- Sebastian Rucci    SebRucci@gmail.com
- Andrew Suhar    asuhar@suharlaw.com

And by regular U.S. Mail, postage prepaid, to:

    California Palms Addiction Recovery Campus, Inc.
    1051 N. Canfield-Niles Road
    Austintown, OH 44515