# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 22-40065-JPG | | Trustee Name: | Andrew W. Suhar |
| Case Name: | CALIFORNIA PALMS ADDICTION RECOVERY CAMPUS, INC. | | Date Filed (f) or Converted (c): | 04/05/2022 (c) |
| For the Period Ending: | 7/6/2022 | | §341(a) Meeting Date: | 05/24/2022 |
| | | | Claims Bar Date: | 07/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Pender Capital Asset Based Lending Fund I, LP The $500k was paid to secure a purchase of the property and constitutes PREFERENCE because of the breach of the contract by Pender Capital | $500,000.00 | $1.00 | | $0.00 | $1.00 |
| 2  Accounts receivable | $86,572.00 | $1.00 | | $0.00 | $1.00 |
| 3  Off. Furniture for staff of 50 and furniture for 100 Client Rooms | $582,472.00 | $1.00 | | $0.00 | $1.00 |
| 4  Office Fixtures for staff of 50 | $146,566.00 | $1.00 | | $0.00 | $1.00 |
| 5  Off. Euipment for staff of 50 | $144,015.00 | $1.00 | | $0.00 | $1.00 |
| 6  2020 Chevy Equinox | $4,000.00 | $1.00 | | $0.00 | $1.00 |
| 7  2019 Chevy Equinox | $3,500.00 | $1.00 | | $0.00 | $1.00 |
| 8  1051 N. Canfield-Niles Rd, Austintown contract $500,000.00 Mental Health and Addiction Facility | $0.00 | $1.00 | | $0.00 | $1.00 |
| 9  United States of America Return of Funds Seized | $598,776.64 | $1.00 | | $0.00 | $1.00 |
| 10  California Palms vs. Ohio Men. Health & Add. Services Declaratory & Injunctive Relief | $0.00 | $1.00 | | $0.00 | $1.00 |
| 11  Investment in Summerfield Ohio (60 Bed Treatment Ctr) California Palms Addiction Recovery Campus LLC | $500,000.00 | $1.00 | | $0.00 | $1.00 |
| 12  KeyBank DIP account            (u) | $146,676.92 | $146,676.92 | | $146,676.92 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

**$2,712,578.56**     **$146,687.92**     **$146,676.92**     **$11.00**

**Major Activities affecting case closing:**

07/06/2022  TRUSTEE IS REVIEWING ASSET NOS 1 THROUGH 11 TO DETERMINE IF ASSETS HAVE VALUE TO ADMINISTER OR ABANDON.

Initial Projected Date Of Final Report (TFR): 12/31/2022     /s/ ANDREW W. SUHAR
Current Projected Date Of Final Report (TFR): 12/31/2022     ANDREW W. SUHAR

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-40065-JPG | | Trustee Name: | Andrew W. Suhar |
| Case Name: | CALIFORNIA PALMS ADDICTION RECOVERY CAMPUS, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3195 | | Checking Acct #: | ******0065 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/30/2022 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/6/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2022 | (12) | KEYBANK | FUNDS FROM CHAPTER 11 DEBTOR IN POSSESSION ACCOUNT | 1229-000 | $146,676.92 | | $146,676.92 |
| | | | TOTALS: | | $146,676.92 | $0.00 | $146,676.92 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $146,676.92 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $146,676.92 | $0.00 | |

**For the period of 1/30/2022 to 7/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $146,676.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $146,676.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/28/2022 to 7/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $146,676.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $146,676.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 22-40065-JPG | Trustee Name: | Andrew W. Suhar |
| Case Name: | CALIFORNIA PALMS ADDICTION RECOVERY CAMPUS, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3195 | Checking Acct #: | ******0065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/30/2022 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/6/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $146,676.92 | $0.00 | $146,676.92 |

| For the period of 1/30/2022 to 7/6/2022 | | For the entire history of the case between 04/05/2022 to 7/6/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $146,676.92 | Total Compensable Receipts: | $146,676.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $146,676.92 | Total Comp/Non Comp Receipts: | $146,676.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ANDREW W. SUHAR

ANDREW W. SUHAR