# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re: | Chapter 11 |
|---|---|
| California Palms Addiction Recovery Campus, Inc., | Case No. 22-40065-jpg |
| Debtor. | Judge John P. Gustafson |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN M. CAPUZZI, ESQ.

Pursuant to Local Bankruptcy Rule 2090-1(b), Kevin M. Capuzzi respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Pender Capital Asset Based Lending Fund I, LP ("Pender") in the above-styled case. In support of this motion, the undersigned states:

1. I hereby certify that I am admitted to practice and in good standing in the following jurisdictions:

| Jurisdiction | Attorney No. | Admission Date |
|---|---|---|
| Delaware Supreme Court | 5462 | 2010 |
| New Jersey | 173442015 | 2015 |
|  |  |  |

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I hereby certify that I have reviewed the Local Bankruptcy Rules for the Northern District of Ohio, and that I will abide by these rules.

4. I consent to be subject to the disciplinary rules of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* in the above-captioned matter.

Dated: September 6, 2022

Respectfully Submitted,

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE Bar No. 5462)
**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 14801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcapuzzi@beneschlaw.com

*Attorney for Pender Capital Asset Based Lending Fund I, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022 a copy of the foregoing *Motion for Admission Pro Hac Vice of Kevin M. Capuzzi,* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kevin M. Capuzzi*

*Attorney for Pender Capital Asset Based Lending Fund I, LP*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>California Palms Addiction Recovery Campus, Inc.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 22-40065-jpg<br><br>Judge John P. Gustafson |

**<u>DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>**

      Pursuant to Local Bankruptcy Rule 2090-1 of the U.S. Bankruptcy Court for the Northern District of Ohio, Kevin M. Capuzzi, states as follows:

    1.    I am a Partner with the law firm of Benesch, Friedlander, Coplan, & Aronoff LLP. My contact information is:

> Kevin M. Capuzzi
> Benesch, Friedlander, Coplan, & Aronoff LLP
> 1313 North Market Street, Suite 1201
> Wilmington, DE 19801
> Tel: (302) 442-7063
> Fax: (302) 442-7012
> kcapuzzi@beneschlaw.com

    2.    I hereby certify that I am admitted to practice and in good standing in the following jurisdictions:

| Jurisdiction | Attorney No. | Admission Date |
|---|---|---|
| Delaware Supreme Court | 5462 | 12/14/2010 |
| New Jersey Supreme Court | 173442015 | 11/2015 |
| U.S. District Court, District of Delaware | | 1/2011 |
| U.S. Court of Appeals, Federal Circuit | | 2/2014 |
| U.S. Supreme Court | | 5/2014 |
| U.S. Court of Appeals, Third Circuit | | 9/2015 |
| U.S. District Court, District of New Jersey | | 11/2015 |
| U.S. District Court, Eastern District of Michigan | | 9/2018 |
| U.S. District Court, Eastern District of Wisconsin | | 5/19/2022 |

16076789

3. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. I consent to be subject to the disciplinary rules of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5. I will abide by the Local Bankruptcy Rules for the Northern District of Ohio.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing are true and correct.

_____
Kevin M. Capuzzi

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| California Palms Addiction Recovery Campus, Inc., | Case No. 22-40065-jpg |
| Debtor. | Judge John P. Gustafson |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Kevin M. Capuzzi, counsel for Pender Capital Asset Based Lending Fund I, LP for leave to appear and participate *pro hac vice* in the above-captioned case. Being fully advised, it is now ORDERED that this motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kevin M. Capuzzi
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
1313 North Market Street, Suite 1201
Wilmington, DE 14801
Tel: 302.442.7010
Fax: 302.442.7012
kcapuzzi@beneschlaw.com

Distribution list:

To all registered counsel by CM/ECF

16058518 v1